# UNITED STATES DISTRICT COURT
for the
Western District of NC
Asheville Division

FILED
ASHEVILLE, NC
JUL 19 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Johanna A. Harris
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Variety Wholesalers, et al.
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:23-cv-181-MR-WCM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Johanna A. Harris
Street Address: 140 Booth Ave.
City and County: Henderson NC 27536
State and Zip Code: NC 27536
Telephone Number: (252) 915-2310
E-mail Address: johannah0192@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Vanity Wholesalers
Job or Title (if known):
Street Address: 1000 Facet Rd.
City and County: Henderson  Vance
State and Zip Code: NC  27536
Telephone Number: (252) 430-2100
E-mail Address (if known):

Defendant No. 2
Name: Margie Roocker
Job or Title (if known): Team Lead
Street Address: 1000 Facet Rd.
City and County: Henderson NC
State and Zip Code: NC  27536
Telephone Number: (252) 430-2100
E-mail Address (if known):

Defendant No. 3
Name: State Employee Credit Union
Job or Title (if known): Branch Manger Denise
Street Address:
City and County: Oxford NC
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Samantha Hunt
Job or Title (if known): Picker Packer / Cycle Counter
Street Address:
City and County: Warrenton
State and Zip Code: NC
Telephone Number:
E-mail Address (if known):

Defendants on Extra Page

Defendant #5.  Antara Harris
134 Booth Ave
Henderson NC, 27536

Defendent #6 (TyNeKa (Samantha Hunt Daughter)
Picker, Packer Cycle Counter
Warrenton NC

P2A

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Variety Wholesalers
Street Address: 1000 Facet Rd.
City and County: Henderson  Vance
State and Zip Code: NC 27536
Telephone Number: (252) 430-2100

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts (specify): 

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

C. I believe that defendant(s) (check one):
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [ ] race
- [x] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

See Page 4A

Pg 4A.

I was employed at Variety Wholesaler when I started being harrassed and threating by other coworkers. Once reports was made to team lead and Human Resources; I overheard once meeting was over Mr. Hosea and Mrs. Dylenn conversation.

"Mrs. Dylenn said," With your experence in the law enforcement what should we do, I mean she is telling the truth; I don't know what to do!!!"

Mr. Hosea "Nothing, Just let the niggers kill each other."

After hearing, I stepped back into the room and said, "I heard that."

Following that day while on break Samantha and her daughter was pointing a gun with a red light on it at me. When the light hit my eye I looked up and saw a gun.

My soical on my third day at work was stolen by Samantha.

I was followed home 3 or more times. Three I know for sure.

Anatara Harn's kick over my mailbox for 3 months / until I had to move.

Jahann Harris

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

Oct. 01, 2022 Not sure of date

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on (date) April 26, 23.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.) Copy Attached ex: 1

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am seeking pay for damage of property, for repair of mail box, 400.00 I am also seeking for pay that lost while at home when the others was able to work. I ask that the court help to see that I am able to get new sorcal for soical number that was stolen - 12,000 I also seek pay for pain and suffering - 900,000.00 If this was by trial I would like a Jury trial.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-19-2023

Signature of Plaintiff: *Johanna Harris*
Printed Name of Plaintiff: Johanna Harris

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____